KELLIE M. MURPHY, ESQ. (SBN 189500)
MARIA E. MINNEY, ESQ. (SBN 289131)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail: kellie@jsl-law.com / maria@jsl-law.com

Attorneys for DEFENDANT:
HUMANITY FOR HORSES

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JERRY FUENTES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>HUMANITY FOR HORSES, a California Non-Profit Corporation; CLAUDIO RUBIO, an Individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-02350-JAM-AC<br><br>**STIPULATION AND ORDER RE: FURTHER EXTENSION OF TIME FOR DEFENDANT HUMANITY FOR HORSES TO FILE RESPONSIVE PLEADING**<br><br>Superior Cmplt. Filed: November 5, 2021<br>Removed: December 17, 2021<br>Trial Date: None Set |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff JERRY FUENTES ("Plaintiff") and Defendant HUMANITY FOR HORSES ("Defendant"), by and through their attorneys of record, and pursuant to Local Rules 137, 143, and 144, that Defendant should be granted an additional extension of time to file its responsive pleading to Plaintiff's Complaint to March 14, 2022.  The deadline was previously extended to January 24, 2022, by stipulation dated December 21, 2021 (Dkt. 4), to allow additional time for service of individual defendant Claudio Rubio by waiver of service of summons pursuant to Federal Rules of Civil Procedure, Rule 4(d)(1), and for discussion between the parties regarding further handling of the matter.  Mr. Rubio has now been served, such that his responsive pleading is due on or before

March 14, 2022. The Parties believe it will be most efficient for the conduct of the litigation for all defendants to file their responsive pleadings on the same date, and further believe that additional time is needed for discussion between the parties regarding further handling of the matter.

**IT IS SO STIPULATED AND REQUESTED.**

Dated: January 20, 2022			JOHNSON SCHACHTER & LEWIS
						A Professional Law Corporation


						By: /s/ Kellie M. Murphy
							KELLIE M. MURPHY
							MARIA E. MINNEY
						Attorneys for Defendant
						HUMANITY FOR HORSES

Dated: January 20, 2022			WEST COAST EMPLOYMENT LAWYERS, APLC


						By: /s/ Crystal F. Mohsin (as auth. on 1/20/22)
							NEAMA RAHMANI
							RONALD L. ZAMBRANO
							CRYSTAL F. MOHSIN
						Attorneys for Plaintiff
						JERRY FUENTES

### ORDER

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Defendant Humanity for Horses shall file a pleading responsive to the complaint on or before **March 14, 2022.**

IT IS SO ORDERED.


Dated: January 20, 2022			/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						UNITED STATES DISTRICT COURT JUDGE