KELLIE M. MURPHY, ESQ. (SBN 189500)
MARIA E. MINNEY, ESQ. (SBN 289131)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail:  kellie@jsl-law.com / maria@jsl-law.com

Attorneys for DEFENDANTS:
HUMANITY FOR HORSES and CARLOS RUBIO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JERRY FUENTES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>HUMANITY FOR HORSES, a California Non-Profit Corporation; CLAUDIO RUBIO, an Individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-02350-JAM-AC<br><br>**STIPULATION AND ORDER RE: FURTHER EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Superior Cmplt. Filed: November 5, 2021<br>Removed:  December 17, 2021<br>Trial Date:  None Set |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff JERRY FUENTES ("Plaintiff") and Defendants HUMANITY FOR HORSES and CARLOS RUBIO ("Defendants"), by and through their attorneys of record, and pursuant to Local Rules 137, 143, and 144, that Defendants should be granted an additional extension of time to file their responsive pleadings to Plaintiff's Complaint to April 4, 2022. The parties further stipulate that if an amended complaint is filed before that date, Defendants should have twenty-one (21) days to file their responsive pleadings to that amended complaint.

The responsive pleading deadline was previously extended twice by stipulation, to allow additional time for service of individual defendant Claudio Rubio (Dkt. 4) and, after Rubio was

served, so that responsive pleadings for all defendants would be due on the same date and to allow additional time for discussion between the parties regarding further handling of the matter (Dkt. 6).

The parties have since met and conferred on issues Defendants intend to raise in a motion to dismiss, and Plaintiff has indicated an intent to file an amended complaint to attempt to address those issues. The parties therefore believe and respectfully submit that good cause exists to extend the responsive pleading deadline to allow time for the filing of the amended complaint and, if an amended complaint is filed, to allow Defendants twenty-one (21) days to file their responsive pleadings so that further meet and confer efforts can be undertaken, if necessary.

**IT IS SO STIPULATED AND REQUESTED.**

Dated:  March 11, 2022                    JOHNSON SCHACHTER & LEWIS
                                          A Professional Law Corporation


                                          By: /s/ Kellie M. Murphy
                                                KELLIE M. MURPHY
                                                MARIA E. MINNEY
                                          Attorneys for Defendant
                                          HUMANITY FOR HORSES

Dated:  March 11, 2022                    WEST COAST EMPLOYMENT LAWYERS, APLC


                                          By:/s/ Crystal F. Mohsin (as auth. on 03/11/2022)
                                                NEAMA RAHMANI
                                                RONALD L. ZAMBRANO
                                                CRYSTAL F. MOHSIN
                                          Attorneys for Plaintiff
                                          JERRY FUENTES

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

# ORDER

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Defendants' deadline to file pleadings responsive to the complaint shall be extended to and including **April 4, 2022**. IT IS HEREBY FURTHER ORDERED that if Plaintiff files an amended complaint prior to that deadline, Defendants shall have twenty-one (21) days from the date of such filing to file their responsive pleadings.

IT IS SO ORDERED.

Dated:  March 14, 2022          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER RE: FURTHER EXTENSION
OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**