KELLIE M. MURPHY, ESQ. (SBN 189500)
MARIA E. MINNEY, ESQ. (SBN 289131)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail:  kellie@jsl-law.com / maria@jsl-law.com

Attorneys for DEFENDANTS:
HUMANITY FOR HORSES and CARLOS RUBIO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JERRY FUENTES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>HUMANITY FOR HORSES, a California Non-Profit Corporation; CLAUDIO RUBIO, an Individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-02350-JAM-AC<br><br>**STIPULATION AND ORDER RE: FILING OF SECOND AMENDED COMPLAINT AND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Superior Cmplt. Filed: November 5, 2021<br>Removed: December 17, 2021<br>Trial Date: November 27, 2023 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff JERRY FUENTES ("Plaintiff") and Defendants HUMANITY FOR HORSES and CARLOS RUBIO ("Defendants"), by and through their attorneys of record, and pursuant to Local Rules 137, 143, and 144, that Plaintiff be granted leave to file a Second Amended Complaint ("SAC") and Defendants should have twenty-one (21) days to file their responsive pleadings to that amended complaint.

The responsive pleading deadline was previously extended three times by stipulation, to allow additional time for service of individual defendant Claudio Rubio (Dkt. 4), after Rubio was served, so that responsive pleadings for all defendants would be due on the same date and to

1  allow additional time for discussion between the parties regarding further handling of the matter
2  (Dkt. 6), and so that Plaintiff may file a First Amended Complaint (Dkt. 10).
3      The parties have since met and conferred on issues Defendants intend to raise in a motion
4  to dismiss, and Plaintiff has indicated an intent to file a SAC to attempt to address those issues.
5  Plaintiff's proposed SAC is attached hereto as Exhibit A. The parties therefore believe and
6  respectfully submit that good cause exists to extend the responsive pleading deadline to allow
7  time for the filing of the further amended complaint and to allow Defendants twenty-one (21)
8  days to file their responsive pleadings so that further meet and confer efforts can be undertaken,
9  if necessary.

**IT IS SO STIPULATED AND REQUESTED.**

Dated: April 19, 2022

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

By: */s/ Kellie M. Murphy*
    KELLIE M. MURPHY
    MARIA E. MINNEY
Attorneys for Defendant
HUMANITY FOR HORSES

Dated: April 19, 2022

WEST COAST EMPLOYMENT LAWYERS, APLC

By: */s/ Crystal F. Mohsin* (as auth. on 4/19/22)
    NEAMA RAHMANI
    RONALD L. ZAMBRANO
    CRYSTAL F. MOHSIN
Attorneys for Plaintiff
JERRY FUENTES

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**ORDER**

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Plaintiff is granted leave to file a further amended complaint and Defendants shall have twenty-one (21) days from the date of such filing to file their responsive pleadings.

IT IS SO ORDERED.

Dated:  April 20, 2022                                    /s/ John A. Mendez
                                                                          THE HONORABLE JOHN A. MENDEZ
                                                                          UNITED STATES DISTRICT COURT JUDGE

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247