## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                     **JUDGMENT IN A CIVIL CASE**

**JERRY FUENTES,**

                                                     CASE NO: **2:21–CV–02350–JAM–AC**

              v.

**HUMANITY FOR HORSES, ET AL.,**

   **Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/5/2022**

                                                     **Keith Holland**
                                                     Clerk of Court

   ENTERED:  **October 6, 2022**

                                             by:  /s/  C. Perdue
                                                       Deputy Clerk