AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| JERRY FUENTES, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-CV-02350-JAM-AC |
| HUMANITY FOR HORSES, ET AL., | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___10/06/2022___ against ___JERRY FUENTES___ ,
*Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 611.00 |
| TOTAL   $ | 1,013.00 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: ___/s/ Kellie M. Murphy, Esq.___

Name of Attorney: KELLIE M. MURPHY, ESQ.

For: ___HUMANITY FOR HORSES___      Date: ___10/20/2022___
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of ___$1,013.00___ and included in the judgment.

| | | |
|---|---|---|
| Keith Holland | By: ___/s/ G. Michel___ | 10/31/2022 |
| *Clerk of Court* | *Deputy Clerk* | *Date* |

**Attachment: Other Costs**

| Paper Filed | Filing Fee |
|---|---|
| Notice of Removal of Action - CA Eastern District Court 12/17/2021 | $402 |
| Filing of Removal to Federal Court - CA Superior Court Siskiyou 12/17/2021 | $167 |
| Initial filing fee – CA Superior Court Siskiyou 10/20/2022 | $435* |
| Fee for electronic filing of document through electronic filing service provider for CA Superior Court, County of Siskiyou 12/17/2021 | $9 |

\* Attached is the document submitted for the payment for this charge.

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1

**BILL OF COSTS (ITEMIZATION)**

## Susan Aldridge

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, December 17, 2021 2:52 PM |
| **To:** | Susan Aldridge |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at 916-930-4866.

Account Number: 4378094
Court: CALIFORNIA EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ACAEDC-9980256
Approval Code: 06451D
Card Number: *************7889
Date/Time: 12/17/2021 05:52:14 ET

NOTE: This is an automated message. Please do not reply

## YOUR ACCOUNT MESSAGES

'ALERT': The US.Postal Service announced that mail may take up to 2 additional days to arrive starting October 1, 2021. This may impact delivery of mailed statements to you and mailed payments to us. Consider enrolling in paperless statements, online payments, and payment alerts to avoid any impacts. To enroll visit chase.com/paperless.

& Item was transferred from lost / stolen account.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
|  |  |  |
| **PURCHASE** | | |
|  |  | |
| 12/17 | US DISTRICT COURT CAED 916-930-4026 CA | 402.00 |
| 12/20 | NCOURT *CASUPERIORCOURTCI YREKA CA | 176.00 |
|  |  | |

|  | 2022 Totals Year-to-Date |  |
|---|---|---|
| Total fees charged in 2022 | | $0.00 |
| Total interest charged in 2022 | | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

MC–005

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Kellie M. Murphy, Esq. / Maria E. Minney, Esq. (SBN: 189500/289131) Johnson Schachter & Lewis, a PLC 1545 River Park Drive, Suite 204 Sacramento, CA 95815 TELEPHONE NO.: 916-921-5800    FAX NO. *(Optional):* 916-921-0247 E-MAIL ADDRESS *(Optional):* kellie@jsl-law.com / maria@jsl-law.com ATTORNEY FOR *(Name):* Defendant Humanity for Horses | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Siskiyou
STREET ADDRESS :  411 Fourth Street
MAILING ADDRESS :
CITY AND ZIP CODE :  Yreka 96097
BRANCH NAME :

PLAINTIFF/PETITIONER:  Jerry Fuentes

DEFENDANT/RESPONDENT:  Humanity for Horses

| **FACSIMILE TRANSMISSION COVER SHEET** | CASE NUMBER: CVCV-2021-001194 |
|---|---|

**TO THE COURT:**

1. **Please file** the following transmitted documents in the order listed below:

| Document name | No. of pages |
|---|---|
| No document to be filed - this correspondence is sent so that the Court can charge our firm's credit card for the first appearance of Defendant Humanity for Horses, which was inadvertently not charged in December, 2021, per 10/17/22 telephone call with court clerk Debbie | 0 |

2. [✓] **Processing instructions** consisting of: ___1___ pages are also transmitted.

3. [✓] **Fee required**    [✓] Filing fee    [✓] Fax fee (Cal. Rules of Court, rule 10.815)
   a. [✓] **Credit card payment** I authorize the above fees and any amount imposed by the card issuer or draft purchaser to be charged to the following account:
   [✓] VISA   [ ] MASTERCARD    Account No.:

   Kathleen Herscowitz      ▶.
   _____
   (TYPE OR PRINT NAME OF CARDHOLDER)

   b. [ ] **Attorney account** (Cal. Rules of Court, rule 2.304). Please charge my account no.:

| Form Adopted for Mandatory Use Judicial Council of California MC-005 [Rev. January 1, 2007] | **FACSIMILE TRANSMISSION COVER SHEET** **(Fax Filing)** | Cal. Rules of Court, rule 2.304 *www.courtinfo.ca.gov* |
|---|---|---|